UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-8200 CAS (MANx) | Date | December 14, 2009 |
|---|---|---|---|
| Title | CALIFORNIA PHARMACISTS ASSOC.; ET AL. v. DAVID MAXWELL-JOLLY | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| CATHERINE JEANG | NOT PRESENT | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

NOT PRESENT   NOT PRESENT

**Proceedings:**   (Chambers:)
**PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER** (filed 12/10/09)

**DEFENDANT'S EX PARTE APPLICATION** (filed 12/10/09)

On December 10, 2009, plaintiffs filed an application for a temporary restraining order ("TRO"). On December 10, 2009, defendant filed an ex parte application for an order extending his time to respond to plaintiffs' motion for preliminary injunction and to oppose plaintiffs' TRO request; and for a continuance of both of the hearings. Plaintiffs filed an opposition to defendant's ex parte application on December 11, 2009.

On December 7, 2009, the Court held a hearing re: plaintiff's motion for preliminary injunction in a related case, <u>National Association of Chain Drugs Stores, et al. v. Arnold Schwarzenegger, et al.</u>, Case No. CV 09-7097 CAS (MANx). At the hearing, the U.S. Department of Justice ("DOJ") appeared regarding its Statement of Interest filed on December 4, 2009. The DOJ expressed the view that the State was not required to submit a state plan amendment, pursuant to 42 C.F.R. § 430.12(c), before implementing the reduction in Medi-Cal payments based on the average wholesale price ("AWP") for drug products. It also expressed the view that the DOJ would soon be taking a position on whether implementation of the challenged reductions violates § 30(A) the Social Security Act, 42 U.S.C. § 1396a(a)(30)(A) . The Court ordered the DOJ to file its supplemental papers on this issue no later than two weeks from the date of the hearing.

The Court believes that the position of the DOJ may materially affect the decision in the instant case. Further, the Court is advised that Magistrate Judge Margaret A. Nagle

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-8200 CAS (MANx) | Date | December 14, 2009 |
|---|---|---|---|
| Title | CALIFORNIA PHARMACISTS ASSOC.; ET AL. v. DAVID MAXWELL-JOLLY | | |

has set aside December 16, 2009, to conduct mediation in the related matters, namely Independent Living Center of Souther California, et al. v. Shewry, CV No. 08-3315, and the related cases.

In light of the foregoing and to enable the Court to consider the position of the DOJ, the Court hereby continues the hearing on plaintiffs' TRO to December 28, 2009, at 10:00AM. Defendant shall file its opposition no later than December 18, 2009. Plaintiffs shall file a reply no later than December 23, 2009. The Court vacates the hearing on plaintiffs' Motion for Preliminary Injunction currently noticed for December 28, 2009. The Court will schedule a new hearing date and set a briefing schedule at the hearing on plaintiffs' TRO Application on December 28, 2009.

IT IS SO ORDERED.

|   |   |   |
|---|---|---|
|   | 00 | : 00 |
| Initials of Preparer | CMJ | |